IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01781-WYD-BNB

PHYLLIS NOAKES,

    Plaintiff,

v.

CREDIT CONTROL, L.L.C., a Missouri limited liability company,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

    THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and being fully advised in the premises, hereby

    ORDERS that this case is **DISMISSED WITH PREJUDICE**, each party to pay her or its own attorney's fees and costs.

    Dated: September 26, 2007

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge